(130 So. 770)

**ASKIN & MARINE CO. et al. v. Horace A. LOGAN.**

**6 Div. 728.**

Supreme Court of Alabama.
Nov. 13, 1930.

Patrick & Appelbaum and Richard H. Fries, all of Birmingham, for petitioner.

Wm. A. Jacobs, of Birmingham, for respondent.

FOSTER, J.

Petition of Horace A. Logan for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Askin & Marine Co. et al. v. Logan, 130 So. 768.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.